THE PEOPLE ex rel. JAMES B. JERMAIN, RESPONDENTS, v. FRANCIS S. THAYER, as AUDITOR OF THE CANAL DEPARTMENT, APPELLANT.

*Canal claims — chap.* 321, 1870; *chap.* 836, 1866.

By chapter 321 of the Laws of 1870, the canal appraisers were authorized to hear and determine all claims against the State, etc. All claims for damages which should have accrued more than one year prior to the passage of the act, were to be filed within one year from the date thereof. The claim in dispute was so filed. By section 5, chapter 836 of 1866, claims were to be filed within one year after the injury. *Held*, that even as to claims embraced within the latter statute, its provisions could not be considered as limiting those of the act of 1870; and further, that as this objection was not raised before the appraisers, nor their action reviewed either by appeal to the canal board or by *certiorari*, the matter must be considered as settled.

APPEAL from an order granting a peremptory mandamus to issue against the defendant, to compel him to issue his warrant for the payment of an award made by the canal appraisers.

*George W. Miller*, for the respondents.

*Charles S. Fairchild*, deputy attorney-general, for the appellant.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and JAMES, JJ.

Order affirmed with costs.